COHARA, APPELLANT, v. CONSOLIDATED RAIL CORPORATION, APPELLEE.

[Cite as *Cohara v. Consol. Rail Corp.,*
99 Ohio St.3d 236, 2003-Ohio-3390.]

(No. 2002–0903—Submitted April 16, 2003—Decided July 16, 2003.)

{¶ 1} The appeal is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

LAZARUS, J., dissents.

CYNTHIA A. LAZARUS, J., of the Tenth Appellate District, sitting for COOK, J.

Stage & Michelson Co., L.P.A., Michael B. Michelson and Andrew J. Thompson, for appellant.

Gallagher, Sharp, Fulton & Norman, Sheila A. McKeon, Timothy J. Fitzgerald and Richard J. Scislowski, for appellee.